**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Preston Emmanuel Hancock, Appellant.

Appellate Case No. 2022-001742

———

Appeal From Greenville County
Perry H. Gravely, Circuit Court Judge

———

Unpublished Opinion No. 2025-UP-055
Submitted January 31, 2025 – Filed February 12, 2025

———

**APPEAL DISMISSED**

———

Appellate Defender Jessica M. Saxon, of Columbia, and
Preston Emmanuel Hancock, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Mark Reynolds
Farthing, both of Columbia; and Solicitor W. Walter
Wilkins, III, of Greenville, all for Respondent.

———

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386
U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**WILLIAMS, C.J., and MCDONALD and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.